CASE 0:22-cr-00041-JRT-JFD   Doc. 118   Filed 02/03/26   Page 1 of 1

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| United States of America<br>v.<br>William Kenneth Saarela, Sr. | )<br>)<br>)<br>) Case No: 22cr41(1) JRT/JFD<br>) USM No: 87045-509 |
| Date of Original Judgment: 01/13/2023<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Pro Se<br>) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months is reduced to _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The amendment did not have the effect of lowering the defendant's applicable guideline range, and thus the defendant is not covered by USSG §1B1.10(a)(2)(B) and 18 U.S.C. § 3582(c)(2). Specifically, at sentencing it was determined the defendant had 32 criminal history points, including 2 status points. Retroactive application of Amendment 821 reduces the defendant's criminal history points to 31, still within criminal history category VI. Therefore, he is ineligible for a sentence reduction. According to the Bureau of Prisons, the defendant is presently incarcerated at FCI Pekin in Pekin, Illinois, with a projected release date of September 4, 2028.

Except as otherwise provided, all provisions of the judgment dated 01/13/2023 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 02/3/2026

/s/ John R. Tunheim
*Judge's signature*

Effective Date: _____
*(if different from order date)*

John R. Tunheim, United States District Court Judge
*Printed name and title*